# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

In re: HODGES, ROGER H  
      HODGES, KIMBERLY A

Case No. 15-80130

Chapter 7

_____,  
Debtors

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 30, 2015. The undersigned trustee was appointed on January 30, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $           8,790.95

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 40.00 |
| Bank service fees | 23.05 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 8,727.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/03/2015 and the deadline for filing governmental claims was 07/29/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,629.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,629.10, for a total compensation of $1,629.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $65.16, for total expenses of $65.16.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/18/2015          By: /s/Rick D. Lange
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-80130  
**Case Name:** HODGES, ROGER H  
HODGES, KIMBERLY A  
**Period Ending:** 08/18/15

**Trustee:** (470070) Rick D. Lange  
**Filed (f) or Converted (c):** 01/30/15 (f)  
**§341(a) Meeting Date:** 03/05/15  
**Claims Bar Date:** 08/03/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate: 16134 Bedford Ave., Omaha, NE | 385,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand. | 275.75 | 0.00 | | 0.00 | FA |
| 3 | Wells Fargo checking #4881 | 190.19 | 0.00 | | 0.00 | FA |
| 4 | Wells Fargo checking #7024 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Wells Fargo savings #7766 | 104.51 | 0.00 | | 0.00 | FA |
| 6 | Wells Fargo savings #9219 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Wells Fargo savings #7597 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Wells Fargo savings #8116 | 0.01 | 0.00 | | 0.00 | FA |
| 9 | Wells Fargo checking #6877 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Access Bank checking #2564 | 10.49 | 0.00 | | 0.00 | FA |
| 11 | Paypal Account | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Wells Fargo Savings #5239 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Security deposits with OPPD | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Household goods and furnishings | 1,640.00 | 0.00 | | 0.00 | FA |
| 15 | Household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 16 | Books, pictures and other art objects | 150.00 | 0.00 | | 0.00 | FA |
| 17 | Wearing apparel. | 300.00 | 0.00 | | 0.00 | FA |
| 18 | Furs and jewelry. | 175.00 | 0.00 | | 0.00 | FA |
| 19 | Wedding rings | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | Elliptical machine | 300.00 | 0.00 | | 0.00 | FA |
| 21 | Life Insurance - Liberty Life Assurance | 921.74 | 0.00 | | 0.00 | FA |
| 22 | Life Insurance - Liberty Life Assurance | 1,327.55 | 0.00 | | 0.00 | FA |
| 23 | Life Insurance - Jackson National | 0.00 | 0.00 | | 0.00 | FA |
| 24 | KAH LLC | 0.00 | 0.00 | | 0.00 | FA |
| 25 | 2014 Tax Refunds | 15,817.00 | 0.00 | | 8,790.95 | FA |
| 26 | 2008 Chrysler Town & Country Touring | 5,209.00 | 0.00 | | 0.00 | FA |
| 27 | 2003 Ford Expedition Eddie Bauer | 1,326.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-80130
**Case Name:** HODGES, ROGER H
HODGES, KIMBERLY A
**Period Ending:** 08/18/15

**Trustee:** (470070) Rick D. Lange
**Filed (f) or Converted (c):** 01/30/15 (f)
**§341(a) Meeting Date:** 03/05/15
**Claims Bar Date:** 08/03/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 28 | Animals. | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Arizona unclaimed funds of co-debtor's family | Unknown | 0.00 | | 0.00 | FA |
| 29 | **Assets**  Totals (Excluding unknown values) | **$417,247.24** | **$0.00** | | **$8,790.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2016        **Current Projected Date Of Final Report (TFR):**     June 30, 2016

Printed: 08/18/2015 02:14 PM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-80130  
**Case Name:** HODGES, ROGER H  
HODGES, KIMBERLY A  
**Taxpayer ID #:** **-***6617  
**Period Ending:** 08/18/15  

**Trustee:** Rick D. Lange (470070)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $7,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/05/15 | {25} | Roger and Kimberly Hodges | Tax refunds | 1124-000 | 8,790.95 | | 8,790.95 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,780.95 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.05 | 8,767.90 |
| 08/10/15 | 101 | Rembolt Ludtke LLP | Attorney for Trustee Fees | 3110-000 | | 40.00 | 8,727.90 |
| | | | **ACCOUNT TOTALS** | | 8,790.95 | 63.05 | **$8,727.90** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,790.95 | 63.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,790.95** | **$63.05** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8266** | 8,790.95 | 63.05 | 8,727.90 |
| | $8,790.95 | $63.05 | $8,727.90 |

{} Asset reference(s)

Printed: 08/18/2015 02:14 PM     V.13.25

Printed: 08/18/15 02:14 PM                    **Exhibit C**                              Page: 1

**Case: 15-80130   HODGES, ROGER H**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| NOTFILED | 01/30/15 | 100 | Nebraska Furniture Mart<br>Attn: Collections<br>Po Box 2335<br>Omaha, NE 68103<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 01/30/15 | 100 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 01/30/15 | 200 | Rick D. Lange<br>1128 Lincoln Mall, Ste. 300<br>Lincoln, NE 68508<br>&lt;2100-00   Trustee Compensation&gt; | 1,629.10 | 1,629.10 | 0.00 | 1,629.10 | 1,629.10 |
| | 01/30/15 | 200 | Rick D. Lange<br>1128 Lincoln Mall, Ste. 300<br>Lincoln, NE 68508<br>&lt;2200-00   Trustee Expenses&gt; | 65.16 | 65.16 | 0.00 | 65.16 | 65.16 |
| | 08/10/15 | 200 | Rembolt Ludtke LLP<br>1128 Lincoln Mall, Ste. 300<br>Lincoln, NE 68508<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 40.00 | 40.00 | 40.00 | 0.00 | 0.00 |
| | | | **Total for Priority 200:   100% Paid** | **$1,734.26** | **$1,734.26** | **$40.00** | **$1,694.26** | **$1,694.26** |
| | | | **Total for Admin Ch. 7 Claims:** | **$1,734.26** | **$1,734.26** | **$40.00** | **$1,694.26** | **$1,694.26** |
| **Priority Claims:** | | | | | | | | |
| 7P | 07/06/15 | 570 | NEBRASKA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 94818<br>LINCOLN, NE 68509-4818<br>&lt;5800-00   Claims of Governmental Units&gt;<br>Priority portion of NDOR claim | 5,520.70 | 5,234.00 | 0.00 | 5,234.00 | 5,234.00 |
| | | | **Priority 570:   100% Paid** | | | | | |

Printed: 08/18/15 02:14 PM            **Exhibit C**            Page: 2

## Case: 15-80130    HODGES, ROGER H

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Unsecured Claims:** | | | | | | | | |
| 1 | 05/19/15 | 610 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 325.86 | 325.86 | 0.00 | 325.86 | 15.69 |
| 2 | 05/29/15 | 610 | CAPITAL ONE NA<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,595.29 | 2,595.29 | 0.00 | 2,595.29 | 124.95 |
| 3 | 06/02/15 | 610 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 10,849.97 | 10,849.97 | 0.00 | 10,849.97 | 522.37 |
| 4 -2 | 06/08/15 | 610 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | 06/18/15 | 610 | OPPD<br>PO BOX 3995<br>OMAHA, NE 68103-0995<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 3,271.53 | 3,271.53 | 0.00 | 3,271.53 | 157.51 |
| 6 | 06/24/15 | 610 | CAVALRY SPV 1, LLC<br>C/O BASS & ASSOCIATES, P.C.<br>TUCSON, AZ 85712<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,523.98 | 2,523.98 | 0.00 | 2,523.98 | 121.52 |
| 8 | 07/06/15 | 610 | AMERICAN EDUCATION SERVICES<br>PO BOX 8183<br>HARRISBURG, PA 17105<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>Scheduled for $11,602 and $1,023. | 12,931.71 | 12,931.71 | 0.00 | 12,931.71 | 622.59 |
| 9 | 07/16/15 | 610 | CHAMPIONS RUN COUNTRY CLUB<br>SHANA JOHNSON<br>13800 EAGLE RUN DR<br>OMAHA, NE 68164<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 3,243.99 | 3,243.99 | 0.00 | 3,243.99 | 156.18 |
| 10 | 07/29/15 | 610 | SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,015.09 | 1,015.09 | 0.00 | 1,015.09 | 48.87 |

Printed: 08/18/15 02:14 PM                             **Exhibit C**                                    Page: 3

## Case: 15-80130   HODGES, ROGER H

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 11 | 07/29/15 | 610 | SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 622.32 | 622.32 | 0.00 | 622.32 | 29.96 |
| NOTFILED | 01/30/15 | 610 | OPPD<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 01/30/15 | 610 | Chase<br>P.o. Box 15298<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 01/30/15 | 610 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 01/30/15 | 610 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 01/30/15 | 610 | Children's Hospital & Medical Center<br>8200 Dodge St<br>Omaha, NE 68114<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 01/30/15 | 610 | Omaha Door & Window<br>4665 G Street<br>Omaha, NE 68117<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 01/30/15 | 610 | Physicians Laboratory Services<br>4840 F St<br>Omaha, NE 68117<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 01/30/15 | 610 | Urgent Care<br>777 Bannock St<br>Denver, CO 80204<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 610:   4.81448% Paid** | **$37,379.74** | **$37,379.74** | **$0.00** | **$37,379.74** | **$1,799.64** |
| 7F | 07/06/15 | 630 | NEBRASKA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 94818<br>LINCOLN, NE 68509-4818<br><7300-00   Fines, Penalties § 726(a)(4)><br>Unsecured fine/penalty portion of NDOR claim | 5,520.70 | 286.70 | 0.00 | 286.70 | 0.00 |
| | | | **Priority 630:   0% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$42,900.44** | **$37,666.44** | **$0.00** | **$37,666.44** | **$1,799.64** |
| | | | **Total for Case :** | **$50,155.40** | **$44,634.70** | **$40.00** | **$44,594.70** | **$8,727.90** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-80130
Case Name: HODGES, ROGER H
Trustee Name: Rick D. Lange

| | **Balance on hand:** | $ 8,727.90 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

| | | |
|---|---|---|
| | Total to be paid to secured creditors: | $ 0.00 |
| | Remaining balance: | $ 8,727.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Rick D. Lange | 1,629.10 | 0.00 | 1,629.10 |
| Trustee, Expenses - Rick D. Lange | 65.16 | 0.00 | 65.16 |

| | | |
|---|---|---|
| | Total to be paid for chapter 7 administration expenses: | $ 1,694.26 |
| | Remaining balance: | $ 7,033.64 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

| | | |
|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| | Remaining balance: | $ 7,033.64 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,234.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P | NEBRASKA DEPARTMENT OF REVENUE | 5,234.00 | 0.00 | 5,234.00 |

**UST Form 101-7-TFR (05/1/2011)**

|                                    |                |
|------------------------------------|---------------:|
| Total to be paid for priority claims: $ | 5,234.00 |
| Remaining balance: $               | 1,799.64       |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,379.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 325.86 | 0.00 | 15.69 |
| 2 | CAPITAL ONE NA | 2,595.29 | 0.00 | 124.95 |
| 3 | AMERICAN EXPRESS BANK FSB | 10,849.97 | 0.00 | 522.37 |
| 5 | OPPD | 3,271.53 | 0.00 | 157.51 |
| 6 | CAVALRY SPV 1, LLC | 2,523.98 | 0.00 | 121.52 |
| 8 | AMERICAN EDUCATION SERVICES | 12,931.71 | 0.00 | 622.59 |
| 9 | CHAMPIONS RUN COUNTRY CLUB | 3,243.99 | 0.00 | 156.18 |
| 10 | SYNCHRONY BANK | 1,015.09 | 0.00 | 48.87 |
| 11 | SYNCHRONY BANK | 622.32 | 0.00 | 29.96 |

|                                                       |              |
|-------------------------------------------------------|-------------:|
| Total to be paid for timely general unsecured claims: $ | 1,799.64   |
| Remaining balance: $                                   | 0.00        |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |

|                                                      |       |
|------------------------------------------------------|------:|
| Total to be paid for tardy general unsecured claims: $ | 0.00 |
| Remaining balance: $                                   | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 286.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7F | NEBRASKA DEPARTMENT OF REVENUE | 286.70 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**